IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00403–EWN–MJW

JAMES C. FRAZIER,

    Applicant,

v.

R. WILEY (Warden),

    Respondent.

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

This matter is before the court on the "Recommendation for Dismissal" filed June 24, 2005. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation (Document 15) is ACCEPTED.

2. The Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Document 3) filed March 3, 2005 is DENIED, and this case is hereby DISMISSED.

3. All other pending motions are DENIED as moot.

DATED this  1ˢᵗ  day of August, 2005.

BY THE COURT:

s/Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge