IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 05-CV-00403-EWN-MJW**

JAMES C. FRAZIER,

Petitioner,

v.

R. WILEY (Warden)

Respondent.

## MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

     It is hereby ORDERED that Defendant's Motion to Withdraw (docket no. 19) is GRANTED finding good cause shown.  Counsel Jerry N. Jones is withdrawn as counsel of record for Defendant.  John M. Hutchins, Assistant United States Attorney is now counsel of record for the Defendant.

Date:  October 31, 2006